IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MIJIZA MAKEDA, | § § § | |
| *Plaintiff,* | § § | SA-23-CV-01442-JKP |
| vs. | § § § | |
| CITIGROUP MORTGAGE LOAN TRUST 2022-RP1 BY U.S. BANK TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE, NEWREZ, LLC, | § § § § § § § § | |
| *Defendants.* | § | |

# **ORDER**

Before the Court in the above-styled cause of action is the Motion for Admission Pro Hac Vice, filed by Derek Morales [#9]. Mr. Morales's application reflects that he is a member in good standing with the Bar of the State of Texas. According to the motion, this is Mr. Morales's first application to appear *pro hac vice* in the Western District of Texas.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case. This Court has, however, made an exception for out-of-district counsel if the applicant's practice in the Western District is limited to one or two cases and the applicant has co-counsel admitted to practice in this Court. Any additional requests by out-of-district counsel require counsel to apply for admission to the Western District of Texas.

Mr. Morales does not have co-counsel of record in this case. Therefore, the Court is of the opinion the motion should be conditionally granted such that Mr. Morales may appear in this

1

case *pro hac vice* provided he either apply for admission and be admitted to practice in the Western District of Texas within 180 days from the date of this order or obtain co-counsel admitted to the Western District of Texas.  Should Mr. Morales not wish to be admitted to this District and be unable to find admitted co-counsel, he may file a motion to withdraw as counsel in this case.

Accordingly, **IT IS HEREBY ORDERED** that the Motion for Admission Pro Hac Vice [#9] is **CONDITIONALLY GRANTED** such that Derek Morales may appear before this Court *pro hac vice* provided he either applies for admission to the Western District of Texas within 180 days from the date of this Order or secure co-counsel who enters an appearance in this case within **ten days** from the date of this Order.  Should Mr. Morales fail to comply with this Court's order, he will no longer be permitted to represent the plaintiff in this case.  The Court further **ORDERS** counsel to become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas.

**IT IS FURTHER ORDERED** that Derek Morales, pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within ten (10) days of this Order, if he has not already done so.  Mr. Morales's *pro hac vice* status shall not take effect until he has complied with all of the requirements contained in this Order.

SIGNED this 8th day of January, 2024.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE